ACCEPTED
05-15-00279-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/23/2015 2:04:12 PM
LISA MATZ
CLERK

Appellate Docket Number: 05-15-00279-CR

Appellate Case Style: Style: The State of Texas

Vs. Farhad Nayeb

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/23/2015 2:04:12 PM

LISA MATZ
Clerk

| Companion Case: | 05-15-00280-CR |
| --- | --- |
| Companion Case: | 05-15-00281-CR |
| Companion Case: | 05-15-00282-CR |
| Companion Case: | 05-15-00283-CR |
| Companion Case: | 05-15-00284-CR |
| Companion Case: | 05-15-00285-CR |
| Companion Case: | 05-15-00286-CR |
| Companion Case: | 05-15-00287-CR |
| Companion Case: | 05-15-00288-CR |
| Companion Case: | 05-15-00289-CR |
| Companion Case: | 05-15-00290-CR |
| Companion Case: | 05-15-00291-CR |
| Companion Case: | 05-15-00292-CR |
| Companion Case: | 05-15-00293-CR |
| Companion Case: | 05-15-00294-CR |
| Companion Case: | 05-15-00295-CR |
| Companion Case: | 05-15-00296-CR |
| Companion Case: | 05-15-00297-CR |
| Companion Case: | 05-15-00298-CR |
| Companion Case: | 05-15-00299-CR |
| Companion Case: | 05-15-00300-CR |
| Companion Case: | 05-15-00301-CR |
| Companion Case: | 05-15-00302-CR |
| Companion Case: | 05-15-00303-CR |
| Companion Case: | 05-15-00304-CR |
| Companion Case: | 05-15-00305-CR |
| Companion Case: | 05-15-00306-CR |
| Companion Case: | 05-15-00307-CR |
| Companion Case: | 05-15-00308-CR |
| Companion Case: | 05-15-00309-CR |
| Companion Case: | 05-15-00310-CR |
| Companion Case: | 05-15-00311-CR |
| Companion Case: | 05-15-00312-CR |
| Companion Case: | 05-15-00313-CR |
| Companion Case: | 05-15-00314-CR |
| Companion Case: | 05-15-00315-CR |

| Companion Case: | 05-15-00316-CR |
| --- | --- |
| Companion Case: | 05-15-00317-CR |
| Companion Case: | 05-15-00318-CR |
| Companion Case: | 05-15-00319-CR |
| Companion Case: | 05-15-00320-CR |
| Companion Case: | 05-15-00321-CR |
| Companion Case: | 05-15-00322-CR |
| Companion Case: | 05-15-00323-CR |
| Companion Case: | 05-15-00324-CR |
| Companion Case: | 05-15-00325-CR |
| Companion Case: | 05-15-00326-CR |
| Companion Case: | 05-15-00327-CR |
| Companion Case: | 05-15-00328-CR |
| Companion Case: | 05-15-00329-CR |
| Companion Case: | 05-15-00330-CR |
| Companion Case: | 05-15-00331-CR |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
| --- | --- |

**I.  Appellant**

First Name:  The State of Texas

Middle Name:

Last Name:

Suffix:

Appellant Incarcerated?   ☐ Yes ☒ No

Amount of Bond:

Pro Se:  ◯

**II.  Appellant Attorney(s)**

☒ Lead Attorney

First Name:  Larry

Middle Name:  Ray

Last Name:  Boyd

Suffix:

☐ Appointed          ☒ District/County Attorney
☐ Retained            ☐ Public Defender

Firm Name:  Abernathy Roeder Boyd & Hullett, P.C.

Address 1:  1700 Redbud Blvd.

Address 2:  Suite 300

City:  McKinney

State:  Texas                    Zip+4:  75069

Telephone:  (214) 544-4000      ext.  4,005

Fax:  (214) 544-4040

Email:  lboyd@abernathy-law.com

SBN:  02775000

Add Another Appellant/ Attorney

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: John |
| Last Name: | Middle Name: Richard |
| Suffix: | Last Name: Rolater |
| Appellant Incarcerated? ☐ Yes ☐ No | Suffix: Jr. |
| Amount of Bond: | ☐ Appointed  ☒ District/County Attorney<br>☐ Retained  ☐ Public Defender |
| Pro Se: ◯ | Firm Name: Collin County District Attorney |
| | Address 1: Suite 100 |
| | Address 2: 2100 Bloomdale Road |
| | City: McKinney |
| | State: Texas  Zip+4: 75071 |
| | Telephone: (972) 548-4323  ext. 4,715 |
| | Fax: (972) 548-3622 |
| | Email: John Rolater <jrolater@co.collin.tx.us> |
| | SBN: 00791565 |
| | Add Another Appellant/ Attorney |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: Greg |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Willis |
| Appellant Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed  ☒ District/County Attorney<br>☐ Retained  ☐ Public Defender |
| Pro Se: ◯ | Firm Name: Collin County District Attorney |
| | Address 1: Suite 100 |
| | Address 2: 2100 Bloomdale Road |
| | City: McKinney |
| | State: Texas  Zip+4: 75071 |
| | Telephone: (972) 548-4323  ext. |
| | Fax: (972) 548-3622 |
| | Email: Greg Willis <gwillis@co.collin.tx.us> |
| | SBN: 21653500 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: Farhad | ☒ Lead Attorney |
| Middle Name: | First Name: Thomas |
| Last Name: Nayeb | Middle Name: H |
| Suffix: | Last Name: Keen |
| Appellee Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: $0.00 | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ○ | ☒ Retained    ☐ Public Defender |
| | Firm Name: |
| | Address 1: 555 Republic Drive |
| | Address 2: Suite 325 |
| | City: Plano |
| | State: Texas          Zip+4: 75074 |
| | Telephone: (469) 241-1467    ext. |
| | Fax: (972) 499-2446 |
| | Email: tom@keenlawfirm.com |
| | SBN: 11163300 — Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Property Offenses | Was the trial by: ☐ jury or ☒ non-jury? |
| Type of Judgment: Final Judgment | Date notice of appeal filed in trial court: March 9, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: February 19, 2015 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: | Punishment assessed: Dismissed |
| Date of offense: | Is the appeal from a pre-trial order? ☒ Yes ☐ No |
| Defendant's plea: | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☐ Yes ☐ No | ☒ Yes ☐ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA    If yes, date filed:

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: County Court at Law No. 2

County: Collin County

Trial Court Docket Number (Cause no):　002-82535-2013

Trial Court Judge (who tried or disposed of the case):

First Name: Barnett

Middle Name:

Last Name: Walker

Suffix:

Address 1: 2100 Bloomdale Road

Address 2:

City: McKinney

State: Texas　　　　Zip + 4: 75071

Telephone: (972) 548-3820　ext.

Fax: (972) 548-3828

Email:

Clerk's Record:

Trial Court Clerk: ☐ District　☒ County

Was clerk's record requested? ☒ Yes　☐ No

If yes, date requested: Mar 9, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes　☐ No　☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes　☐ No

Was reporter's record requested? ☒ Yes　☐ No

Was the reporter's record electronically recorded? ☐ Yes　☒ No

If yes, date requested: Mar 20, 2015

Were payment arrangements made with the court reporter/court recorder?　☒ Yes　☐ No　☐ Indigent

---

☒ Court Reporter　　　☐ Court Recorder
☒ Official　　　　　　☐ Substitute

First Name: Kristen

Middle Name: S

Last Name: Kopp

Suffix:

Address 1: 2100 Bloomdale Road

Address 2:

City: McKinney

State: Texas　　　　Zip + 4: 75071

Telephone: (972) 548-3823　ext.

Fax: (972) 548-3828

Email: kkopp@co.collin.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 05-14-00572-CV  Court: Court of Appeals, Fifth District at Dallas

Style: In re State of Texas

Vs.

## X. Signature

_____

Signature of counsel (or Pro Se Party)  Date: March 23, 2015

_____  State Bar No: 02775000

Printed Name:

Electronic Signature: /s/ Larry R. Boyd  Name: Larry R. Boyd
  (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 23, 2015 .

_____

Signature of counsel (or pro se party)  Electronic Signature: /s/ Larry R. Boyd
  (Optional)

  State Bar No.: 02775000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 23, 2015

Manner Served: Email

First Name: Thomas

Middle Name: H

Last Name: Keen

Suffix:

Law Firm Name:

Address 1: 555 Republic Drive

Address 2: Suite 325

City: Plano

State Texas    Zip+4: 75074

Telephone: (469) 241-1467    ext.

Fax: (972) 499-2446

Email: tom@keenlawfirm.com